# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-23-00642-CR

---

**Abraham Kulor, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-DC-21-301973, THE HONORABLE KAREN SAGE, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was due on February 9, 2024. On March 14, 2024, appellant's appointed counsel filed a motion informing the Court that he is "over-extended in his case-load" and unable to file a timely brief and asking that we abate the briefing schedule in this case and remand the proceeding to the trial court for the appointment of substitute counsel. Counsel states that appellant has not given notice that he wishes to abandon the appeal.

We grant the motion, abate the appeal, and remand the matter to the trial court so that it may appoint substitute counsel to represent appellant in this appeal. In addition, the trial court shall order that a supplemental clerk's record containing the appointment order be prepared and forwarded to this Court no later than May 13, 2024.

It is so ordered on April 12, 2024.

Before Chief Justice Byrne, Justices Smith and Theofanis

Abated and Remanded

Filed:   April 12, 2024

Do Not Publish